UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:04-CV-1243-Orl-22JGG

ROBERT A. GAINES, ROBERT
A. GAINES TRUST,

      Plaintiffs,

vs.

CRAIG A. VANDERBURG ,

      Defendant.

_____/

## PLAINTIFFS' UNOPPOSED MOTIONS TO SUBSTITUTE
## PARTY-PLAINTIFFS  AND FOR SUBSTITUTION OF COUNSEL

Plaintiffs ROBERT A. GAINES, ROBERT A. GAINES TRUST ("Gaines Plaintiffs") by and through their undersigned counsel, together with counsel for WELLINGTON CAPITAL GROUP INC. ("Wellington"), who has become assigned to the Plaintiffs' interest, and pursuant to Fed. R. Civ. P. 25(c), hereby move this Court for an Order 1.) substituting Wellington Capital Group  Inc. in the place and instead of Robert A. Gaines and Robert A. Gaines Trust, and 2.) substituting Berman Kean & Riguera, P.A for McGee & Powers pursuant to Local Rule 2.03 and as grounds therefor states and alleges as follows:

1.      The Gaines Plaintiffs are the current owners of the claims which are the subject of this underlying action, which have been assigned or otherwise transferred to Wellington Capital Group on or about October 3, 2005, a true and correct copy of the Assignment of Claims is attached hereto and incorporated herein as Exhibit A.

2.      As such, Wellington is the real party in interest.

Robert Gaines v. Vanderburg
Case No.: 6:04-CV-1243-Orl-22JGG

3.      Plaintiffs, therefore, respectfully requests an Order of this Court substituting Wellington as the real party in interest pursuant to Fed. R. Civ. P. 25(c).

4.      In addition, it is agreed by and between McGee & Powers, P.A. and Berman, Kean & Riguera, P.A. and their respective clients, that Berman, Kean & Riguera, P.A. shall be substituted as counsel of record for the Gaines Plaintiffs (or for Wellington if this Court grants this motion), and that the firm of McGee & Powers, P.A. shall be relieved of all further responsibility in this cause, that all parties to this action shall forward all future pleadings and correspondence previously directed to McGee & Powers, P.A. to Berman, Kean & Riguera, P.A., at the below stated address and that,pursuant to Local Rule 2.03 (d), Berman Kean & Riguera is ready and able to meet trial dates or other regularly scheduled proceedings as the Court has directed.

5.      Pursuant to Local Rule 3.01(g), the undersigned counsel has spoken with counsel for Defendant, Allan J. Sullivan,  regarding Plaintiffs' request for substitution of parties and counsel. Defendant's counsel does not oppose this motion.

Dated: November 14, 2005        /s/ Patrick A. McGee

                                 _____

Patrick A. McGee
Florida Bar No.: 376299
Attorney for Plaintiffs
**MCGEE & POWERS, P.A.**
210 East Pine Street, Suite 700
PO Box 3589
Orlando, FL 32802-3589
Telephone: 407-422-5742
Facsimile: 407-423-1377
Email: pmcgee@mcgeepowers.com

Robert Gaines v. Vanderburg
Case No.: 6:04-CV-1243-Orl-22JGG

/s/ Brian J. McCarthy

_____
Brian J. McCarthy
Florida Bar No. 668710
**BERMAN, KEAN & RIGUERA, P.A.**
2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636
Email: bjm@bermankean.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the November 14, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jose M. Ferrer, Esquire
Baker & McKenzie-Miami
1111 Brickell Avenue, Suite 1700
Miami, FL 33131-2827
Phone: 305/789-8900
jose.ferrer@bakernet.com
Attorney for Defendant

Allan J. Sullivan, Esquire
Baker & McKenzie-Miami
1111 Brickell Avenue, Suite 1700
Miami, FL 33131-2827
Phone: 305/789-8900
allan.j.sullivan@bakernet.com
Attorney for Defendant

_____
/s/ Patrick A. McGee
Patrick A. McGee