UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:04-CV-1243-Orl-22JGG

WELLINGTON CAPITAL GROUP, INC.,

    Plaintiff,

vs.

CRAIG A. VANDERBURG ,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that pursuant to Local Rule 3.08, Plaintiff, WELLINGTON CAPITAL GROUP, INC., hereby gives notice to the Court that Plaintiff has settled the above captioned matter with Defendant, CRAIG A. VANDERBURG, and that the parties will file Stipulation of Dismissal pursuant to Federal Rule 41 by January 3, 2006.

                          BERMAN, KEAN & RIGUERA, P.A.
                          Attorneys for Plaintiff
                          2101 W. Commercial Blvd.
                          Suite 2800
                          Fort Lauderdale, FL 33309
                          Telephone: (954) 735-0000
                          Facsimile: (954) 735-3636

                          By: _____
                                Brian J. McCarthy
                                Florida Bar No.: 668710

Robert Gaines v. Craig Vanderburg
Case No.: 6:04-CV-1243-Orl-22JGG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Regular Mail, this **December 14, 2005** to:

Allan Sullivan, Esq.
BAKER & McKENZIE, LLP
Attorneys for Defendant
Mellon Financial Center, Suite 1700
1111 Brickell Avenue
Miami, FL 33131

                                        **BERMAN, KEAN & RIGUERA, P.A.**
                                        2101 W. Commercial Blvd.
                                        Suite 2800
                                        Fort Lauderdale, FL 33309
                                        Telephone: (954) 735-0000
                                        Facsimile: (954) 735-3636

                                        By:_____
                                              Brian J. McCarthy
                                              Florida Bar No.: 668710

\\Server-01\REBData\Mirabilis Ventures\1310-050\Style\11612.wpd